UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY WILLIAMS,<br>Plaintiff,<br>v.<br>TXU ENERGY RETAIL COMPANY LLC, et al.,<br>Defendants. | Case No. 2:25-cv-3048-DC-JDP (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF No. 23) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 13, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 23. No objections were filed, and the time in which to do so has passed.

Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed August 13, 2026, ECF No. 23, are ADOPTED;
2. This action is dismissed without prejudice for failure to prosecute, failure to comply

with court orders, and failure to state a claim for the reasons set forth in the court's order dated June 24, 2026 (ECF No. 21); and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dena Coggins
United States District Judge